E-FILED
Thursday, 22 July, 2010  02:50:56 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| DOROTHY ROSEBOOM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-cv-4053 |
| MICHAEL ASTRUE, | ) |
| Defendant. | ) |

## O P I N I O N and O R D E R

Before the Court is the Motion for Attorney Fees filed by Plaintiff, Dorothy Roseboom (Doc. 31).  Defendant has no objection.  The Motion is GRANTED. Plaintiff's attorney is awarded $13,343.00 in fees.  The Clerk is directed to enter an amended judgment accordingly.


Entered this 22nd day of July, 2010

                                         s/ Joe B. McDade
                                         JOE BILLY MCDADE
                                         United States Senior District Judge